# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO: 2:05-cr-217 |
| | ) | |
| CALVIN WATTY DRIVER | ) | **ORDER** |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's "Motion for an Order to File a[] Motion under 28 U.S.C. 2255 as Timely Filed" (Doc. No. 84). The Government is directed to file a response to Defendant's motion within 14 days of the date of this order. The Clerk of Court is directed to send a copy of this order to the U.S. Attorney's Office and to the Defendant.

**SO ORDERED.**

Signed: December 9, 2014

Graham C. Mullen
United States District Judge