# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
#### 2:05-CR-00217-GCM-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| CALVIN WATTY DRIVER, | |
| Defendant. | |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Calvin Watty Driver filed a "Petition for Writ of Mandamus and Writ for Extraordinary Relief" asking the Court to "compel[] the government to disclose exculpatory and mitigating evidence." (ECF Nos. 105, 106). The Court instructs the Government to respond to this Motion within fourteen (14) days of entry of this Order.

**SO ORDERED**.

Signed: April 3, 2023

Graham C. Mullen
United States District Judge